

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## AMENDED ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-13-01034-CV |
| Trial Court Cause Number: | 2012-35806A |
| Style: | Shirley Lenoir, Individually and as Personal Representative of the Estate of Shana Lenoir and Christopher McKnight, Individually and as next friend of Nayla McKnight |
| | v. Leah Anne Gonski Marino f/k/a Leah Anne Gonski and Jaou-Chen Huang, M.D. |
| Date motion filed*: | December 4, 2014 |
| Type of motion: | Unopposed Motion for Extension of Time to File Motion for Rehearing and/or Motion for En Banc Reconsideration |
| Party filing motion: | Appellee |
| Document to be filed: | Motion for Rehearing and/or Motion for En Banc Reconsideration |

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | December 10, 2014 |
| Number of previous extensions granted: | 0 |
| Date Requested: | January 26, 2015 |

Ordered that motion is:

☒ Granted, in part

　　If document is to be filed, document due:  **January 20, 2015**

　　☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

　　☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Harvey Brown
　　　　　　　☒ Acting individually　　☐ Acting for the Court

Panel consists of Justices Massengale, Brown, & Huddle

Date:　　　December 10, 2014